Order issued November 29, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-10-00676-CV

**HSBC BANK USA, N.A., AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2004-4 AND LITTON LOAN SERVICING, L.P., Appellants**

V.

**JEANIE WATSON, TONY WATSON, AND MATTHEW G. AIKEN, Appellees**

## ORDER

Before Justices Bridges, FitzGerald, and Lang

Appellee's October 26, 2012 Motion for Rehearing En Banc is **DENIED**.

KERRY P. FITZGERALD
JUSTICE